IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Guyton, Johanna

Printed: 11/11/08

Case Number: 08 B 16278
Judge: Goldgar, A. Benjamin
Filed: 6/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 30, 2008
Confirmed: August 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,700.00 |  |
| Secured: |  | 1,185.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,339.50 |
| Trustee Fee: |  | 175.50 |
| Other Funds: |  | 0.00 |
| Totals: | 2,700.00 | 2,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 1,339.50 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 250.00 | 45.00 |
| 5. | Santander Consumer USA | Secured | 22,097.61 | 1,140.00 |
| 6. | Washington Mutual | Secured | 32,532.37 | 0.00 |
| 7. | Santander Consumer USA | Unsecured | 162.78 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 61.37 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 285.58 | 0.00 |
| 10. | RJM Acquisitions LLC | Unsecured | 5.98 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 798.55 | 0.00 |
| 13. | Wells Fargo Bank | Secured |  | No Claim Filed |
| 14. | BYL Collection Services | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 19. | Collection | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | Comcast | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 24. | HSBC | Unsecured |  | No Claim Filed |
| 25. | Wells Fargo Bank | Unsecured |  | No Claim Filed |
| 26. | FAMS | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Guyton, Johanna

Printed: 11/11/08

Case Number: 08 B 16278
Judge: Goldgar, A. Benjamin
Filed: 6/24/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | HSBC | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Sprint | Unsecured | | No Claim Filed |
| 30. | Monterey Collection Service | Unsecured | | No Claim Filed |
| 31. | Richard Auto Body | Unsecured | | No Claim Filed |
| 32. | Target National Bank | Unsecured | | No Claim Filed |
| 33. | Wfnnb/The Avenue | Unsecured | | No Claim Filed |
| | | | $ 60,073.24 | $ 2,524.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 175.50 |
| | $ 175.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

